UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| *In re*: Jeremy T. Bergstrom<br>Attorney at Law, Bar No. 6904 | Case No. 2:19-ms-00097<br><br>ORDER OF SUSPENSION |

On December 3, 2020, this Court entered an Order to Show Cause ("OSC") in this attorney discipline matter. (ECF No. 1.) The OSC provided Mr. Bergstrom with 30 days to respond with reasons why he should not be suspended from the practice of law in this Court following his suspension by the Nevada Supreme Court. (ECF No. 1.) The Court was subsequently informed there was an issue with delivery of the OSC through no fault of Bergstrom. Thus, the Court mailed him the OSC again on January 30, 2020, and gave him an additional 30 days to respond to the OSC. (ECF No. 3.) Still no response has been received from Mr. Bergstrom, though more than 30 days have elapsed. Failure to file a timely response warrants an Order of Suspension. *See* LR IA 11-7(e)(2).

It is therefore ordered that Jeremy T. Bergstrom, Bar No. 6904, is hereby suspended from practice in the United States District Court for the District of Nevada.

DATED THIS 24th day of April 2020.

_____
MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE

1

CERTIFICATE OF SERVICE

2        Pursuant to Fed. R. Civ. P. 5(b) and LR 5-1, I hereby certify that I am an

3   employee of the United States District Court, and that on this 24th day of April 2020, I

4   caused to be served a true and correct copy of the foregoing Order of Suspension to

5   the following parties via certified mail, return receipt requested via the United States

6   Postal Service, in a sealed envelope, postage prepaid, to the following address:

7
                Jeremy T. Bergstrom
                9555 S. Eastern Ave., Ste. 200
8
                Las Vegas, NV 89123

9
      Certified Mail No.: 7019 0700 0001 7574 6789

10

11
                /s/ Lorena Q.
12
                Deputy Clerk
                United States District Court,
13
                District of Nevada

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2